Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRUSTEES OF THE CONSTRUCTION
INDUSTRY AND LABORERS HEALTH
AND WELFARE TRUST; TRUSTEES OF
THE CONSTRUCTION INDUSTRY AND
LABORERS JOINT PENSION TRUST;
TRUSTEES OF THE CONSTRUCTION
INDUSTRY AND LABORERS VACATION
TRUST; AND TRUSTEES OF THE
SOUTHERN NEVADA LABORERS
LOCAL 872 TRAINING TRUST,

                                        Plaintiffs,

vs.

GENE COLLINS, an individual doing
business as SOUTHERN NEVADA
FLAGGERS & BARRICADES,

                                        Defendant.

CASE NO. 2:10-cv-01563-JCM-RJJ

**JUDGMENT**

The Court having granted Plaintiffs' Motion for Summary Judgment against Defendant Gene Collins, an individual doing business as Southern Nevada Flaggers & Barricades ("Collins"), and having reviewed the documents on file in this case and being fully advised:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Collins in the amount of $69,646.83, representing liquidated damages, interest, and

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

attorney fees and costs.

DATED this 26th day of July, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
BROWNSTEIN HYATT FARBER SCHRECK, LLP


/s/ Adam Segal_____
Adam P. Segal, Esq., Nevada Bar No. 6120
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs