Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES, <br><br> Defendant. | CASE NO. 2:10-cv-01563-JCM-RJJ <br><br><br> **NOTICE OF SETTLEMENT, AND REQUEST AND ORDER FOR STAY OF PROCEEDINGS** |

Plaintiffs, the Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Trustees of the Construction Industry and Laborers Joint Pension Trust, the Trustees of the Construction Industry and Laborers Vacation Trust and the Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds"), and Defendant Gene Collins, an individual doing business as Southern Nevada Flaggers & Barricades ("SNFB"), by and through

20052\272\1594410.2                                1

their counsel of record, hereby give notice that on September 27, 2011, the parties reached an oral settlement agreement, and request that the Court take no further action in the case while the parties take steps to memorialize the settlement agreement, in writing.

The parties request that the Court stay all proceedings for 90 days, after which time, upon written memorialization of the settlement of the case, the Trust Funds and Defendant will file a stipulated dismissal.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | ESTEBAN-TRINIDAD LAW, P.C. |
| /s/ Aaron Fricke<br>Adam P. Segal, Esq.<br>Nevada Bar. No. 6120<br>Aaron B. Fricke, Esq.<br>Nevada Bar No. 11129<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614 | /s/ M. Lani Esteban-Trinidad<br>M. Lani Esteban-Trinidad<br>Nevada Bar No. 6967<br>4315 N. Rancho Dr., Ste 110<br>Las Vegas, Nevada 89130 |
| Attorney for Plaintiffs | Attorneys for Defendant |
| Dated: October 6, 2011. | Dated: October 6, 2011. |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
**Dated:** October 13, 2011
**Case No. 2:10-cv-01563-JCM-RJJ**

20052\272\1594410.2                    2