Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, | CASE NO. 2:10-cv-01563-JCM-RJJ |
| Plaintiffs, | **NOTICE OF SETTLEMENT, AND REQUEST AND ORDER FOR STAY OF PROCEEDINGS** |
| vs. | |
| GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES, | |
| Defendant. | |

Plaintiffs, the Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Trustees of the Construction Industry and Laborers Joint Pension Trust, the Trustees of the Construction Industry and Laborers Vacation Trust and the Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds"), and Defendant Gene Collins, an individual doing business as Southern Nevada Flaggers & Barricades ("SNFB"), by and through

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

1   their counsel of record, hereby give notice that on September 27, 2011, the parties reached an oral

2   settlement agreement, and request that the Court take no further action in the case while the

3   parties take steps to memorialize the settlement agreement, in writing.

4          The parties request that the Court stay all proceedings for 90 days, after which time, upon

5   written memorialization of the settlement of the case, the Trust Funds and Defendant will file a

6   stipulated dismissal.

7

8   BROWNSTEIN HYATT FARBER              ESTEBAN-TRINIDAD LAW, P.C.
    SCHRECK, LLP

9   /s/ Aaron Fricke_____     /s/ M. Lani Esteban-Trinidad_____

10  Adam P. Segal, Esq.                  M. Lani Esteban-Trinidad
    Nevada Bar. No. 6120                 Nevada Bar No. 6967

11  Aaron B. Fricke, Esq.                4315 N. Rancho Dr., Ste 110
    Nevada Bar No. 11129                 Las Vegas, Nevada 89130

12  100 North City Parkway, Suite 1600

13  Las Vegas, Nevada 89106-4614

14  Attorney for Plaintiffs              Attorneys for Defendant

15  Dated: October 6, 2011.              Dated: October 6, 2011.

16                          **ORDER**

17                          **IT IS SO ORDERED.**

18

19                          _____
                            UNITED STATES DISTRICT JUDGE

20                          **Dated:** October 13, 2011
                            **Case No. 2:10-cv-01563-JCM-RJJ**

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101